**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1965**

---

AMERICA ONLINE, INCORPORATED,

            Plaintiff - Appellee,

   versus

PRABHU MOHAPATRA,

            Defendant - Appellant,

    and

ALL INDIA ON-LINE PRIVATE LIMITED,
INCORPORATED; ALL INDIA ON-LINE PRIVATE
LIMITED (INDIA); INTERNATIONAL SCIENCE &
TECHNOLOGY, INCORPORATED,

            Defendants,

    versus

AMERICA ONLINE (India); ANIL CHAWLA; RICHARD
D. PARSONS; TIME WARNER, INCORPORATED,

            Counter Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:05-cv-00535-CMH)

---

Submitted: October 31, 2006     Decided: December 1, 2006

---

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Prabhu Mohapatra, Appellant Pro Se.  Michael Abbott Grow, ARENT & FOX, P.L.L.C., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Prabhu Mohapatra appeals the district court's order adopting the recommendation of a magistrate judge and entering default judgment against him and three corporate defendants in this action for trademark infringement and unfair competition brought by America Online, Inc. ("AOL"). After a review of the record, we find no error, and we therefore affirm on the reasoning of the district court. See America Online, Inc. v. Mohapatra, No. 1:05-cv-00535-CMH (E.D. Va. July 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED